CO-386-online
10/03

# United States District Court
# For the District of Columbia

PERLECTRIC, INC.           )
                           )
                           )
                           )
        vs    Plaintiff    )    Civil Action No._____
                           )
TRAVELERS CASUALTY AND     )
SURETY COMPANY OF AMERICA  )
                           )
        Defendant          )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __PerLectric, Inc._____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __PerLectric, Inc._____ which have any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

DC Bar #479906
BAR IDENTIFICATION NO.

Michael A. Lewis
Print Name

1200 Potomac Street, N.W.
Address

Washington, D.C.          20007
City        State         Zip Code

(202) 471-5400
Phone Number