IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERLECTRIC, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 1:07-cv-01171 |
| ) | Judge Ricardo M. Urbina |
| TRAVELERS CASUALTY AND SURETY ) | Assign Date: 6/29/2007 |
| COMPANY OF AMERICA, ET AL., ) | Description: Contract |
| ) | |
| Defendants. ) | |
| ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PERLECTRIC, INC. 'S COMPLAINT AGAINST TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, FEDERAL INSURANCE COMPANY, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, ZURICH AMERICAN INSURANCE COMPANY, AND TURNER CONSTRUCTION COMPANY**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Travelers Casualty and Surety Company Of America, Federal Insurance Company, Fidelity and Deposit Company Of Maryland, Zurich American Insurance Company, and Turner Construction Company hereby move the court for an additional seven (7) days up to and including September 6, 2007, to answer or otherwise plead to the complaint filed by Perlectric, Inc. Plaintiff's Counsel has consented to an extension of time.

Respectfully submitted,

__/s/ Andrew W. Stephenson_____
Andrew W. Stephenson (D.C. Bar No. 286518)
Rashida Y.V. MacMurray (D.C. Bar No. 482219)
HOLLAND & KNIGHT, L.L.P.
Dated: August 29, 2007     2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 955-3000
Facsimile: (202) 955-5564
*Counsel for the Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERLECTRIC, INC. )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>TRAVELERS CASUALTY AND SURETY )<br>COMPANY OF AMERICA, ET AL., )<br>)<br>**Defendants.** )<br>_____ ) | Case No.: 1:07-cv-01171<br>Judge Ricardo M. Urbina<br>Assign Date: 6/29/2007<br>Description: Contract |

**STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PERLECTRIC, INC.'S COMPLAINT AGAINST TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, FEDERAL INSURANCE COMPANY, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, ZURICH AMERICAN INSURANCE COMPANY, AND TURNER CONSTRUCTION COMPANY**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Travelers Casualty and Surety Company Of America ("Travelers"), Federal Insurance Company ("Federal"), Fidelity and Deposit Company Of Maryland ("Fidelity"), Zurich American Insurance Company ("Zurich"), and Turner Construction Company ("Turner") (collectively "Defendants") hereby move for a six-day extension of time to answer or otherwise respond to the Complaint filed by Perlectric, Inc. ("Perlectric") against the Defendants. Defendants' response currently is due on Thursday, August 30, 2007.

Rule 6(b) provides that when "an act is required . . . to be done at . . . a specified time, the Court for cause shown may at any time in its discretion . . . order the period enlarged if request therefore is made before the expiration of the period originally prescribed." Fed. R. Civ. P. 6(b). Perlectric served a seventeen-page Complaint on Friday, August 10, 2007. Defendants' counsel received a copy of the Complaint on Tuesday, August 28, 2007.

Defendants request a seven (7) day extension, until Thursday, September 6, 2007, in order to answer or otherwise respond. Defendants' request for an extension is necessary because of the numerous issues raised in Perlectric's Complaint. This extension will enable Defendants to properly respond and fully address the issues before the Court.

Counsel thus respectfully requests additional time to properly address Plaintiff's Complaint. Defendants' Counsel will act diligently to file its answer or other pleading within the time requested. Defendants' request is reasonable and will not unduly delay disposition of this matter. Moreover, Herman M. Braude, Plaintiff's counsel, has consented to an extension of time. Accordingly, good cause exists for a six-day extension of time, up to and including Thursday, September 6, 2007, to respond to the Complaint.

                    Respectfully submitted,

                    ___/s/ Andrew W. Stephenson_____
                    Andrew W. Stephenson (D.C. Bar No. 286518)
                    Rashida Y.V. MacMurray (D.C. Bar No. 482219)
                    HOLLAND & KNIGHT, L.L.P.
                    2099 Pennsylvania Avenue, N.W.
                    Washington, D.C. 20006
                    Telephone: (202) 955-3000
                    Facsimile: (202) 955-5564
                    ***Counsel for the Defendants***

Dated: August 29, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 29th day of August 2007, I caused a copy of the foregoing Consent Motion for Extension of Time to Answer or Otherwise Plead to Perlectric, Inc.'s Complaint against Travelers Casualty and Surety Company Of America, Federal Insurance Company, Fidelity and Deposit Company Of Maryland, Zurich American Insurance Company, and Turner Construction Company to be sent by courier and eservice to the following:

Michael A. Lewis, Esq.
Herman M. Braude, Esq.
BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007


                                                        /s/ Andrew Stephenson
                                                  Andrew W. Stephenson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERLECTRIC, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 1:07-cv-01171 |
| ) | Judge Ricardo M. Urbina |
| TRAVELERS CASUALTY AND SURETY ) | Assign Date: 6/29/2007 |
| COMPANY OF AMERICA, ET AL., ) | Description: Contract |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

WHEREFORE, having considered Defendants Travelers Casualty and Surety Company Of America, Federal Insurance Company, Fidelity and Deposit Company Of Maryland, Zurich American Insurance Company, and Turner Construction Company (collectively "Defendants") Consent Motion for Extension of Time to Answer or Otherwise Plead to Perlectric, Inc.'s Complaint against Defendants, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the deadline for the Defendants' to file their answer or other response to Plaintiff's Complaint shall be extended up to and including Thursday, September 6, 2007.

SO ORDERED.

Dated: _____, 2007    _____
                                        The Honorable Judge Ricardo M. Urbina

**Copies to:**

Michael A. Lewis, Esq.
Herman M. Braude, Esq.
BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007

Andrew W. Stephenson, Esq.
Rashida Y.V. MacMurray, Esq.
HOLLAND AND KNIGHT, LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006

# 4762020_v1