AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PERLECTRIC, INC.

**SUMMONS IN A CIVIL CASE**

V.

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA, et al.

CA Case: 1:07-cv-01171
Assigned To : Urbina, Ricardo M.
Assign. Date : 6/29/2007
Description: Contract

TO: (Name and address of Defendant)

FEDERAL INSURANCE COMPANY   c/o CT Corporation
15 Mountain View Road, P.O. Box 1615
Warren, NJ 07061

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael A. Lewis
Herman M. Braude
Braude & Margulies, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON   JUN 29 2007
CLERK                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 8/10/07 @ 1:10 pm |
| NAME OF SERVER (PRINT) Pamela J. Conley | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Tricia Cherry, Agent for CT Corporation System, 251 E. Ohio St., #1100, Indianapolis, IN 46204

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8-10-07
            Date            Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
*Address of Server*

\* Summons, Complaint with Exhibits A-D, Notice of Right to Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.