AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PERLECTRIC, INC.

**SUMMONS IN A CIVIL CASE**

V.

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA, et al.

CA

Case: 1:07-cv-01171
Assigned To : Urbina, Ricardo M.
Assign. Date : 6/29/2007
Description: Contract

TO: (Name and address of Defendant)

TURNER CONSTRUCTION COMPANY
1015 15th Street, N.W., Suite 1000
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael A. Lewis
Herman M. Braude
Braude & Margulies, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JUN 29 2007
_____          _____
CLERK                                       DATE

_Maureen Higgins_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Perlectric, Inc.

vs.

Travelers Casualty and Surety Company of America, et al.

No. 1:07-CV-01171 RMU

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Complaint with Exhibits A - D, Notice of Right to Consent to Trial Before a United States Magistrate Judge, and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:39 pm on August 8, 2007, I served Turner Construction Company c/o CT Corporation System, Registered Agent at 1015 15th Street, NW, Suite 1000, Washington, DC 20009 by serving Anthony Serrette, Fulfillment Specialist, authorized to accept. Described herein:

```
   SEX-   MALE
   AGE-   46
HEIGHT-   5'8"
  HAIR-   BALD
WEIGHT-   175
  RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  8-9-07
                Date

WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 192538