**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PERLECTRIC, INC.** )  )  **Plaintiff,** )  ) v. )  ) **TRAVELERS CASUALTY AND SURETY** ) **COMPANY OF AMERICA, et al.** )  )  **Defendants.** )  ) ) | No. 07-1171 (RMU/JMF)  Judge Ricardo M. Urbina  Assign Date:  6/29/07  Description:   Contract |

**NOTICE OF APPEARANCE**

Richard Y. Rho, Esq., of Braude & Margulies, P.C., hereby files his Notice of Appearance as additional counsel of record for Plaintiff Perlectric, Inc.

          /s/ Richard Y. Rho_____
Herman M. Braude (D.C. Bar No. 51326)
hbraude@braudemargulies.com
Michael A. Lewis (D.C. Bar No. 479906)
mlewis@braudemargulies.com
Richard Y. Rho (D.C. Bar No. 496293)
rrho@braudemargulies.com
BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007
(202) 471-5400
(202) 471-5404 (facsimile)


**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will automatically send e-mail notification of such filing on all counsel of record on the attached service list.

          /s/ Richard Y. Rho
Richard Y. Rho

## SERVICE LIST

## CASE NO. 07-1171 (RMU/JMF)

Andrew W. Stephenson, D.C. Bar No. 286518
HOLLAND & KNIGHT, L.L.P.
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 457-7056  - phone
(202) 955-5564  - fax
*Attorneys for All Defendants*