IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PERLECTRIC, INC.** )<br>)<br>**Plaintiff,** )<br>)<br>)<br>v. )<br>)<br>**TRAVELERS CASUALTY &** )<br>**SURETY COMPANY OF AMERICA,** )<br>**ET AL.** )<br>)<br>**Defendants.** )<br>_____ ) | **Case No. 1:07-cv-01171**<br>**Judge Ricardo M. Urbina** |

DEFENDANTS TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA, FEDERAL INSURANCE COMPANY,
FIDELITY AND DEPOSIT COMPANY OF MARYLAND,
ZURICH AMERICAN INSURANCE AND TURNER CONSTRUCTION
<u>COMPANY'S INITIAL DISCLOSURE PURSUANT TO RULE 26</u>

Defendants Travelers Casualty and Surety Company Of America ("Travelers"), Federal Insurance Company ("Federal"), Fidelity and Deposit Company Of Maryland ("Fidelity"), Zurich American Insurance Company ("Zurich"), ("Sureties") and Turner Construction Company ("Turner") (collectively "Defendants"), by and through their undersigned counsel, hereby submit their Disclosures under Rule 26(a)(1) of the Federal Rules of Civil Procedure. Defendants make these disclosures based upon information currently available, but reserves the right to supplement these disclosures based upon information that becomes available to them during the course of their investigation in connection with this litigation:

A.  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

| INDIVIDUAL | SUBJECTS OF INFORMATION |
|---|---|
| David Duffy<br>Project Executive<br>c/o Turner Construction Company<br>3865 Wilson Boulevard<br>Arlington, VA 22203-1919 | General Management of Project construction. |
| Dan Rakes<br>Project Engineer<br>c/o Turner Construction Company<br>3865 Wilson Boulevard<br>Arlington, VA 22203-1919 | Management of Project construction. |
| Tim Lewindowski<br>Project Superintendent<br>c/o Turner Construction Company<br>3865 Wilson Boulevard<br>Arlington, VA 22203-1919 | Supervision of Project construction. |
| William Cross<br>Mechanical/Electrical/Plumbing Superintendent<br>3865 Wilson Boulevard<br> Arlington, VA 22203-1919 | Supervision of Project construction |
| Michael Pearl<br>President/Owner<br>c/o Perlectric, Inc.<br>2711 Prosperity Avenue<br>Suite 300<br>Fairfax, Virginia 22031 | General Management of Project construction and Perlectric's allegations described in its Complaint. |
| James Kinser<br>c/o Perlectric, Inc.<br>2711 Prosperity Avenue<br>Suite 300<br>Fairfax, Virginia 22031 | Management of Project construction. |

| | |
|---|---|
| Bryan Bushnick<br>Project Manager<br>c/o Perlectric, Inc.<br>2711 Prosperity Avenue<br>Suite 300<br>Fairfax, Virginia 22031 | Management of Project construction. |

Defendants reserve the right to supplement, amend or modify this list as discovery in this action progresses.

**B.    A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims on defenses, unless solely for impeachment.**

The categories of information that Defendants may use include the following: bid proposals, budgets, estimates, contracts, bulletins, addenda, subcontracts, payment and performance bonds, plans, drawings, specifications, shop drawings, submittals, change order proposals, change orders, claims, correspondence, memoranda, transmittals, notices of direction, schedules, payment applications and supporting documentation, daily reports, monthly progress reports, manpower reports, requests for information, testing reports, inspection reports, punch lists, meeting minutes, photographs and videotapes.  This information is presently located the project office located at 3865 Wilson Boulevard, Arlington, VA 22203-1919.

Defendants reserve the right to supplement, amend or modify this list as discovery in this action progresses.

**C.      A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Defendants are not seeking any damages in this case. Perlectric, however, has claimed damages against Defendants by Perlectric. Because these damages are derivative of Perlectric's claims and are set offs against those claims, it is impossible for Defendants to present any damage calculations at this time. After assessing set-offs against Perlectric's contract balance Perlectric is due One hundred Twelve Thousand, Four hundred-Two Dollars and Zero cents ($ 112,402.00). Defendants reserve the right to supplement this disclosure if and when such potential damages become quantifiable.

**D.      For inspection and copying as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Upon information and belief, Turner and/or the Sureties do not control any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.

Dated:       December 3, 2007

        Respectfully submitted,

        **HOLLAND & KNIGHT, LLP**

        By: ___/s/ Andrew W. Stephenson_____
        Andrew W. Stephenson
        (DC Bar #286518)
        2099 Pennsylvania Avenue, NW
        Washington, D.C. 20007
        Tel:   (202) 955-3000
        Fax:   (202) 955-5564

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 3rd day of December, 2008, I caused a copy of the foregoing Rule 26 Initial Disclosures to Perlectric, Inc.'s Complaint against Travelers Casualty and Surety Company Of America, Federal Insurance Company, Fidelity and Deposit Company Of Maryland, Zurich American Insurance Company, and Turner Construction Company to be sent by eservice to the following:

      Michael A. Lewis, Esq.
      Herman M. Braude, Esq.
      BRAUDE & MARGULIES, P.C.
      1200 Potomac Street, N.W.
      Washington, D.C. 20007


                        _____/s/ Andrew Stephenson_____
                                  Andrew W. Stephenson

# 4970130_v1