**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PERLECTRIC, INC.**         ) | |
|                              ) | |
|     **Plaintiff,**    ) | |
|                              ) | **Case No.: 1:07-cv-01171** |
| v.                           ) | **Judge Urbina** |
|                              ) | **Next Event: Discovery due by 7/3/08** |
| **TURNER CONSTRUCTION CO.,** *et al.* ) | |
|                              ) | |
|     **Defendants.**   ) | |
|                              ) | |

### PLAINTIFF'S CONSENT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff Perlectric, Inc. ("Perlectric"), through undersigned counsel and with the consent of the named Defendants, respectfully requests that the Court modify the existing Scheduling Order, and for reasons states as follows:

1.  The parties have been engaged in certain discussions exploring the whether a resolution of this dispute is possible.

2.  In order to allow for those discussions and to allow the parties to complete discovery which is currently underway, Perlectric sought and received the consent of Defendants to modify the existing Scheduling Order.

3.  Therefore, it is now requested that the Scheduling Order be modified as follows:

| | Current Deadline | **Requested Revised Deadline** |
|---|---|---|
| Discovery Due | 7/3/08 | **8/27/08** |
| Proponent's Rule 26(a)(2)(B) Statement | 8/4/08 | **9/10/08** |
| Opponent's Rule 26(a)(2)(B) Statement | 9/5/08 | **10/22/08** |

4.  Perlectric, with the consent of the Defendants, requests that all remaining dates set

forth in the original Scheduling Order remain unchanged.

    WHEREFORE, Plaintiff Perlectric, Inc. respectfully requests that the Court grant this Consent Motion to Modify Scheduling Order.

                              Respectfully submitted,

                              /s/ Michael A. Lewis
                              _____
                              Herman M. Braude (D.C. Bar No. 51326)
                              hbraude@braudemargulies.com
                              Michael A. Lewis (D.C. Bar No. 479906)
                              mlewis@braudemargulies.com
                              Richard Y. Rho (D.C. Bar No. 496293)
                              rrho@braudemargulies.com
                              BRAUDE & MARGULIES, P.C.
                              1200 Potomac Street, N.W.
                              Washington, D.C. 20007
                              (202) 471-5400
                              (202) 471-5404 (facsimile)

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 1, 2008, I served a copy of the foregoing upon the following by electronic and/or first-class mail, postage prepaid.

Andrew W. Stephenson, Esq.
HOLLAND & KNIGHT, L.L.P.
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

                              /s/ Michael A. Lewis
                              _____

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PERLECTRIC, INC.**           )<br>                                             )<br>         **Plaintiff,**               )<br>                                             )           **Case No.: 1:07-cv-01171**<br>**v.**                                      )           **Judge Urbina**<br>                                             )           **Next Event:  Discovery due by 7/3/08**<br>**TURNER CONSTRUCTION CO.,** *et al.*   )<br>                                             )<br>         **Defendants.**           )<br>_____  ) | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff Perlectric, Inc. ("Perlectric"), through undersigned counsel and with the consent of the named Defendants, respectfully requests that the Court modify the existing Scheduling Order, and for reasons states as follows:

1. Under the Court's November 26, 2008 Scheduling Order, July 3, 2008 is designated as the date that "Discovery is due."  Since last November, the parties have engaged in mediation and settlement discussions, as well as written discovery.  Both parties have engaged experts.

2. Under this Court's Local Rule 16.4, "The court may modify the scheduling order at any time upon a showing of good cause."

3. A modification of the existing Scheduling Order is necessary, in this case, because while the parties have propounded written requests for documents upon each other, the parties have not been able to complete all contemplated discovery.  Likewise, the parties have been engaged in recent discussions regarding various issues that impact the possibility of a resolution of this dispute.

4. Therefore, it is requested that the Scheduling Order be modified as follows:

|  | Current Deadline | **Requested Revised Deadline** |
|---|---|---|
| Discovery Due | 7/3/08 | **8/27/08** |
| Proponent's Rule 26(a)(2)(B) Statement | 8/4/08 | **9/10/08** |
| Opponent's Rule 26(a)(2)(B) Statement | 9/5/08 | **10/22/08** |

5. Perlectric, with the consent of the Defendants, requests that all remaining dates set forth in the original Scheduling Order remain unchanged.

6. This is the first request by any party for the purpose of modifying the Scheduling Order, and this request is made with good cause.

Respectfully submitted,

/s/ Michael A. Lewis

_____
Herman M. Braude (D.C. Bar No. 51326)
hbraude@braudemargulies.com
Michael A. Lewis (D.C. Bar No. 479906)
mlewis@braudemargulies.com
Richard Y. Rho (D.C. Bar No. 496293)
rrho@braudemargulies.com
BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007
(202) 471-5400
(202) 471-5404 (facsimile)

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 1, 2008, I served a copy of the foregoing upon the following by electronic and/or first-class mail, postage prepaid.

Andrew W. Stephenson, Esq.
HOLLAND & KNIGHT, L.L.P.
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

                                                /s/ Michael A. Lewis
                                                _____

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PERLECTRIC, INC.**              )<br>                                                  )<br>         **Plaintiff,**                     )<br>                                                  )<br>**v.**                                           )<br>                                                  )<br>**TURNER CONSTRUCTION CO.,** *et al.*  )<br>                                                  )<br>         **Defendants.**               )<br>_____  ) | **Case No.: 1:07-cv-01171**<br>**Judge Urbina**<br>**Next Event:  Discovery due by 7/3/08** |

## ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion to Modify Scheduling Order, it is this ____ day of _____, 2008, by and through the United States District Court for the District of Columbia, hereby:

ORDERED, that the Plaintiff's Consent Motion to Modify Scheduling Order is GRANTED, and it is further;

ORDERED, that the Scheduling Order shall be modified as follows, with all other remaining dates unchanged:

|  | Current Deadline | **Revised Deadline** |
|---|---|---|
| Discovery Due | 7/3/08 | **8/27/08** |
| Proponent's Rule 26(a)(2)(B) Statement | 8/4/08 | **9/10/08** |
| Opponent's Rule 26(a)(2)(B) Statement | 9/5/08 | **10/22/08** |

_____
Judge

1

2

Copies to:

Herman M. Braude
Michael A. Lewis
Richard Y. Rho
BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007

Andrew W. Stephenson
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC  20006