UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PERLECTRIC, INC.** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**TURNER CONSTRUCTION CO.,** *et al.* )<br>)<br>**Defendants.** )<br>) | Case No.: 1:07-cv-01171<br>Judge Urbina<br>Next Event: Discovery due by 8/27/08 |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to LCvR 83.6, Gregory H. Koger, Esq. of Holland & Knight LLP, hereby enters his appearance on behalf of Defendants Turner Construction Co., Federal Insurance Company, Travelers Casualty and Surety Company of America, Zurich American Insurance Company, and Fidelity and Deposit Company of Maryland. Mr. Koger is a member (in good standing) of the Bar of the District of Columbia. Mr. Koger's appearance is in addition to the previous appearance of Andrew Stephenson, Esq.

Respectfully submitted,

/s/ Gregory H. Koger
_____
Gregory H. Koger   (DC Bar No. 472372)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
Phone: (202) 955-3000
Fax: (202) 955-5564
Email: greg.koger@hklaw.com
*Counsel to Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the 6th day of August 2008, a copy of the foregoing was sent via electronic service and first-class mail, postage prepaid, to the following:

      Herman M. Braude (D.C. Bar No. 51326)
      Michael A. Lewis (D.C. Bar No. 479906)
      BRAUDE & MARGULIES, P.C.
      1200 Potomac Street, N.W.
      Washington, D.C. 20007

      /s/ Gregory H. Koger
      _____
      Gregory H. Koger

# 5524425_v1