UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PERLECTRIC, INC.** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No.: 1:07-cv-01171 |
| v. | ) Judge Urbina |
| | ) Next Event: Discovery due by 8/27/08 |
| **TURNER CONSTRUCTION CO.,** *et al.* | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Rules 12 and 16 of the Federal Rules of Civil Procedure, Plaintiff PerLectric, Inc. ("PerLectric") and Defendants Turner Construction Co., Federal Insurance Company, Travelers Casualty and Surety Company of America, Zurich American Insurance Company, and Fidelity and Deposit Company of Maryland (the "Defendants"), through undersigned counsel, jointly request that the Court modify the existing Scheduling Order, and for good faith reasons state as follows:

1. The lawsuit presently before the Court arises from PerLectric's claims for alleged labor inefficiencies during its time on a construction project located at 1101 K Street, N.W., Washington, D.C. The nature of PerLectric's allegations requires the review of such complex issues as influences on labor staffing on this construction project and other projects, third-party impacts on the progress of the work, and formal construction schedule analyses by PerLectric and the Defendants, collectively referred to herein as the "Parties."

2. At this juncture, the Parties have been diligently engaged in formal discovery and general trial preparation. While discovery efforts have been ongoing, there remains a significant amount of discovery left to be completed by the Parties given the nature of the claims and

1

defenses. There is a significant amount of documentation that must be exchanged and reviewed by the Parties, and fact and expert witness depositions must be scheduled and completed. Both sides agree that more time is needed to conclude discovery in order to properly prepare for trial.

3.    In light of the (1) complex nature of the issues, (2) remaining discovery to be completed, (3) the need for a deadline for expert witness depositions, and (4) the personal medical situation that has recently come to light for Defendants' counsel, all of which are discussed in greater detail in the attached Memorandum, the Parties jointly and with good cause, request that the Court modify and amend the Scheduling Order as outlined in the attached Memorandum.

WHEREFORE, Plaintiff PerLectric, Inc. and Defendants Turner Construction Co., Federal Insurance Company, Travelers Casualty and Surety Company of America, Zurich American Insurance Company, and Fidelity and Deposit Company of Maryland, respectfully request that the Court grant the instant Joint Motion to Modify Scheduling Order.

Respectfully submitted,

/s/ Michael A. Lewis

Herman M. Braude (D.C. Bar No. 51326)
hbraude@braudemargulies.com
Michael A. Lewis (D.C. Bar No. 479906)
mlewis@braudemargulies.com
Richard Y. Rho (D.C. Bar No. 496293)
rrho@braudemargulies.com
BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007
(202) 471-5400
(202) 471-5404 (facsimile)
*Counsel to Plaintiff*

/s/ Gregory H. Koger

Andrew W. Stephenson (D.C. Bar No. 286518)
Gregory H. Koger   (D.C. Bar No. 472372)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC  20006
Phone:  (202) 955-3000
Fax:  (202) 955-5564
andrew.stephenson@hklaw.com
greg.koger@hklaw.com
*Counsel to Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the 8th day of August 2008, a copy of the foregoing and attached Memorandum were sent via electronic service to the following:

Herman M. Braude (D.C. Bar No. 51326)
Michael A. Lewis (D.C. Bar No. 479906)
BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007


/s/ Gregory H. Koger
_____
Gregory H. Koger

# 5524350_v1

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PERLECTRIC, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No.: 1:07-cv-01171 |
| v. ) | Judge Urbina |
| ) | Next Event: Discovery due by 8/27/08 |
| **TURNER CONSTRUCTION CO.,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### MEMORANDUM IN SUPPORT OF
### JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Rules 12 and 16 of the Federal Rules of Civil Procedure, Plaintiff PerLectric, Inc. ("PerLectric") and Defendants Turner Construction Co., Federal Insurance Company, Travelers Casualty and Surety Company of America, Zurich American Insurance Company, and Fidelity and Deposit Company of Maryland (the "Defendants"), through undersigned counsel, submit this Memorandum in support of the Joint Motion to Modify Scheduling Order, and for good faith reasons state as follows:

1. The current dispute arises from certain labor and materials furnished by PerLectric on the construction project located at 1101 K Street, N.W., Washington, D.C. (the "Project"). Turner was the general contractor for the Project, while PerLectric served as the electrical subcontractor.

2. The lawsuit presently before the Court arises from PerLectric's claims for alleged labor inefficiencies during its time on the Project. The nature of the allegations dictates the review of such complex issues as influences on labor staffing on the Project and other projects,

1

third-party impacts on the progress of the work, and formal construction schedule analyses by PerLectric and the Defendants, collectively referred to herein as the "Parties."

3. From the outset, the Parties have also been engaged in certain discussions exploring whether a resolution of this dispute is possible. The Parties wish to continue these discussions in order to possibly avoid the need for a trial. A modification of the Scheduling Order will allow for this to occur.

4. At this juncture, the Parties have been diligently engaged in formal discovery and general trial preparation. While discovery efforts have been ongoing, there remains a significant amount of discovery left to be completed by the Parties given the nature of the claims and defenses. There is a significant amount of documentation that must be exchanged and reviewed by the Parties, and fact and expert witness depositions must be scheduled and completed. Both sides agree that more time is needed to conclude discovery in order to properly prepare for trial.

5. In connection with the current discovery deadline, Defendants' counsel recently learned of a personal medical situation that will substantially impact the ability to complete the necessary discovery in this matter, to include the completion of depositions, before the current deadline of August 27, 2008. The requested modification of the Scheduling Order will alleviate this conflict, and will foster full and efficient discovery between the Parties.

6. Also, the current Scheduling Order does not take into account the Parties' original request for a deadline to complete expert depositions. Under the current Scheduling Order, there is no deadline to complete expert depositions. Given that the Parties will likely designate respective expert witnesses in this matter, it is requested that any modification of the Scheduling Order include a specific deadline for expert depositions.

7. The Parties state that there is no prejudice to any party that would arise from a modification of the Scheduling Order.

8. The Parties also state that no pre-trial conference has been scheduled at this point in time, and a trial date has not been set. Therefore, any modification of the Scheduling Order will not result in the delay of any currently scheduled pre-trial or trial dates.

9. In light of the (1) complex nature of the issues, (2) remaining discovery to be completed, (3) the need for a deadline for expert witness depositions, and (4) the personal medical situation that has recently come to light for Defendants' counsel, the Parties jointly, and with good cause, request that the Court modify and amend the Scheduling Order as follows:

|  | **Current Deadline** | **Requested Deadline** |
| --- | --- | --- |
| Discovery Due | 8/27/08 | 10/15/08 |
| Proponent's Rule 26(a)(2)(B) Statement | 9/10/08 | 10/29/08 |
| Opponent's Rule 26(a)(2)(B) Statement | 10/22/08 | 11/26/08 |
| Deadline for expert depositions | No date in current Scheduling Order | 12/17/08 |
| Dispositive Motions due | 11/3/08 | 12/31/08 |
| Motions to Amend Pleadings or Join Parties due | 11/11/08 | 1/7/09 |
| Oppositions to Dispositive Motions due | 11/24/08 | 1/21/09 |
| Oppositions to Motions to Amend Pleadings or Join Parties due | 11/24/08 | 1/21/09 |
| Replies to Oppositions to Dispositive Motions due | 12/1/08 | 1/28/09 |
| Replies to Oppositions to Motion to Amend Pleadings or Join Parties due | 12/1/08 | 1/28/09 |

10. The Parties wish to maintain the Status Hearing currently scheduled for November 13, 2008. Therefore, it is requested that this date not be modified by the Court.

WHEREFORE, Plaintiff PerLectric, Inc. and Defendants Turner Construction Co., Federal Insurance Company, Travelers Casualty and Surety Company of America, Zurich American Insurance Company, and Fidelity and Deposit Company of Maryland, respectfully request that the Court grant the underlying Joint Motion to Modify Scheduling Order.

Respectfully submitted,

| /s/ Michael A. Lewis | /s/ Gregory H. Koger |
|---|---|
| Herman M. Braude (D.C. Bar No. 51326)<br>hbraude@braudemargulies.com<br>Michael A. Lewis (D.C. Bar No. 479906)<br>mlewis@braudemargulies.com<br>Richard Y. Rho (D.C. Bar No. 496293)<br>rrho@braudemargulies.com<br>BRAUDE & MARGULIES, P.C.<br>1200 Potomac Street, N.W.<br>Washington, D.C. 20007<br>(202) 471-5400<br>(202) 471-5404 (facsimile)<br>*Counsel to Plaintiff* | Andrew W. Stephenson (D.C. Bar No. 286518)<br>Gregory H. Koger (D.C. Bar No. 472372)<br>HOLLAND & KNIGHT LLP<br>2099 Pennsylvania Ave., NW, Suite 100<br>Washington, DC 20006<br>Phone: (202) 955-3000<br>Fax: (202) 955-5564<br>andrew.stephenson@hklaw.com<br>greg.koger@hklaw.com<br>*Counsel to Defendants* |

# 5532671_v1

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PERLECTRIC, INC.** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **TURNER CONSTRUCTION CO.,** *et al.* ) <br> ) <br> **Defendants.** ) <br> _____ ) | **Case No.: 1:07-cv-01171** <br> **Judge Urbina** <br> **Next Event: Discovery due by 8/27/08** |

## ORDER

UPON CONSIDERATION of the Joint Motion to Modify Scheduling Order filed by all named parties to this lawsuit, it is this \_\_\_\_ day of _____, 2008, by and through the United States District Court for the District of Columbia, hereby:

ORDERED, that the Joint Motion to Modify Scheduling Order is GRANTED, and it is further;

ORDERED, that the Scheduling Order shall be modified as follows:

| | **Current Deadline** | **New Deadline** |
|---|---|---|
| Discovery Due | 8/27/08 | 10/15/08 |
| Proponent's Rule 26(a)(2)(B) Statement | 9/10/08 | 10/29/08 |
| Opponent's Rule 26(a)(2)(B) Statement | 10/22/08 | 11/26/08 |
| Deadline for expert depositions | No date in current Scheduling Order | 12/17/08 |
| Dispositive Motions due | 11/3/08 | 12/31/08 |
| Motions to Amend Pleadings or Join Parties due | 11/11/08 | 1/7/09 |
| Oppositions to Dispositive Motions due | 11/24/08 | 1/21/09 |

1

| | | |
|---|---|---|
| Oppositions to Motions to Amend Pleadings or Join Parties due | 11/24/08 | 1/21/09 |
| Replies to Oppositions to Dispositive Motions due | 12/1/08 | 1/28/09 |
| Replies to Oppositions to Motion to Amend Pleadings or Join Parties due | 12/1/08 | 1/28/09 |

FURTHER ORDERED, that the Status Hearing currently scheduled for November 13, 2008, shall remain unchanged and shall take place on November 13, 2008.

_____
Judge

Copies to:

Herman M. Braude (D.C. Bar No. 51326)
hbraude@braudemargulies.com
Michael A. Lewis (D.C. Bar No. 479906)
mlewis@braudemargulies.com
Richard Y. Rho (D.C. Bar No. 496293)
rrho@braudemargulies.com
BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007
(202) 471-5400
(202) 471-5404 (facsimile)


Andrew W. Stephenson (D.C. Bar No. 286518)
Gregory H. Koger (D.C. Bar No. 472372)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 955-3000 Phone
(202) 955-5564 Fax
andrew.stephenson@hklaw.com


# 5532399_v1

3