UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERLECTRIC, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:07-cv-01171 |
| v. | ) Judge Urbina |
| | ) Next Event: Motions to Amend |
| TURNER CONSTRUCTION CO., *et al.* | )              Pleadings or Join Parties |
| | )              – 01/09/09 |
| Defendants. | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff PerLectric, Inc., and Defendants Turner Construction Co., Federal Insurance Company, Travelers Casualty and Surety Company of America, Zurich American Insurance Company, and Fidelity and Deposit Company of Maryland, by their respective undersigned counsel and in accordance with the terms of the underlying Settlement Agreement and Mutual Release, hereby stipulate and agree to the dismissal of all claims and causes in the above-captioned action, with prejudice and with each party responsible for its own related costs.

Respectfully submitted,

_____
Herman M. Braude (D.C. Bar No. 51326)
hbraude@braudemargulies.com
Michael A. Lewis (D.C. Bar No. 479906)
mlewis@braudemargulies.com
BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007
(202) 471-5400
(202) 471-5404 (facsimile)
*Counsel to Plaintiff*

_____
Andrew W. Stephenson (D.C. Bar No. 286518)
Gregory H. Koger (D.C. Bar No. 472372)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
Phone: (202) 955-3000
Fax: (202) 955-5564
andrew.stephenson@hklaw.com
greg.koger@hklaw.com
*Counsel to Defendants*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the 22nd day of January 2009, a copy of the foregoing was sent via electronic service to the following:

>Herman M. Braude (D.C. Bar No. 51326)
>Michael A. Lewis (D.C. Bar No. 479906)
>BRAUDE & MARGULIES, P.C.
>1200 Potomac Street, N.W.
>Washington, D.C. 20007

>/s/ Gregory H. Koger
>_____
>Gregory H. Koger

# 5932685_v1

2